1  J Christopher Jorgensen
   Nevada Bar No. 5382
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
3  Las Vegas, NV 89169-5996
   Tel: (702) 949-8200
4  Email: cjorgensen@lrrc.com

5  *Attorneys for Banco Santander, S.A.*

6

                    **UNITED STATES DISTRICT COURT**
7                        **DISTRICT OF NEVADA**

8  CMB INFRASTRUCTURE GROUP IX,           Case No.:  2:21-CV-00214-JAD-DJA
   LP, a California limited partnership;
9  CMB INFRASTRUCTURE GROUP XI,
   LP, a California limited partnership;
10 CMB EXPORT, LLC, a Texas limited
   liability company,                     **JOINT STIPULATION AND**
11                                         **[PROPOSED] ORDER TO EXTEND**
                                           **TIME FOR DEFENDANTS TO**
12            Plaintiffs,                  **RESPOND TO FIRST AMENDED**
                                           **COMPLAINT**
13 vs.
                                           **[FIRST REQUEST]**
14 COBRA ENERGY INVESTMENT
   FINANCE, INC., a Delaware
15 corporation, COBRA ENERGY
   INVESTMENT, LLC, a Delaware
16 corporation, COBRA INDUSTRIAL
   SERVICES, INC., a Delaware
17 corporation, COBRA THERMOSOLAR
   PLANTS, INC., a Nevada corporation,
18 COBRA INSTALACIONES Y
   SERVICIOS S.A., a Spanish corporation,
19 ACS SERVICIOS COMUNICACIONES
   Y ENERGIA, S.L., a Spanish
20 corporation, BANCO SANTANDER,
   S.A., a Spanish Corporation, TONOPAH
21 SOLAR ENERGY, LLC, a Delaware
   limited liability company, and DOES I
22 through 50, inclusive,

23            Defendants.

24

25        Plaintiffs CMB Infrastructure Group IX, LP, CMB Infrastructure Group XI, LP, and

26 CMB Export, LLC ("Plaintiffs") and Defendants Cobra Energy Investment Finance Inc.,

27 Cobra Energy Investment, LLC, Cobra Industrial Services, Inc., Cobra Thermosolar Plants,

28 Inc., Cobra Instalaciones y Servicios, S.A., ACS Servicios Comunicaciones y Energia, S.L.,

113575904.2

and Banco Santander, S.A. ("Removing Defendants"), by and through their respective counsel, have met and conferred and hereby stipulate and agree as follows:

WHEREAS, on May 19, 2020, Plaintiffs filed their original Complaint in this action the District Court of Clark County, Nevada;

WHEREAS, on September 1, 2020, Plaintiffs filed their First Amended Complaint in this action;

WHEREAS, on February 9, 2021, Removing Defendants removed the Complaint ("Complaint") to this Court (Dkt. No. 1);

NOW, THEREFORE, Plaintiffs and Removing Defendants hereby stipulate and agree that:

1.     Removing Defendants' current deadline to file an answer or motion in response to the First Amended Complaint of February 16, 2021 is vacated;

2.     Removing Defendants will file an answer or motion in response to the First Amended Complaint no later than Monday, May 17, 2021;

3.     Removing Defendants agree to waive any challenge as to the sufficiency of Plaintiffs' service of the summons and the complaint.  This waiver as to the sufficiency of service shall not be construed to extend to any other potential defense or objection, including but not limited to objections to personal jurisdiction or to venue.  For the avoidance of doubt, all other defenses are expressly preserved and may be asserted by any defendant in either its forthcoming answer or motion to dismiss.

4.     If any Defendant files a motion to dismiss Plaintiffs' First Amended Complaint instead of an Answer, the Parties will submit a joint proposed briefing schedule to the Court for approval.

5.     Nothing in this stipulation shall operate as a waiver, bar or limitation on Plaintiffs' right to file a motion for remand, which is due to be filed, if at all, by March 11, 2021.

This is the Parties' first request for an extension of time, and is made before the expiration of any deadline to answer or otherwise respond to the Complaint by any

2

113575904.2

1  Removing Defendant.   This Stipulation is made in good faith and is not intended for

2  purposes of delay.

3  SO STIPULATED AND AGREED TO this 12th day of February, 2021.

4  LEWIS BRISBOIS BISGAARD                    LEWIS ROCA
   & SMITH LLP                                ROTHGERBER CHRISTIE LLP
5

6        /s/ *John S. Poulos*                        /s/ *J Christopher Jorgensen*
   John S. Poulos                             J Christopher Jorgensen
   Nevada Bar No. 154689                      Nevada Bar No. 5382
7  2020 W. El Camino Avenue, Suite 700        Matthew R. Tsai
   Sacramento, CA 95833                       Nevada Bar No. 14290
8  Tel. 916.564.5400                          3993 Howard Hughes Pkwy, Suite 600
                                              Las Vegas, NV 89169-599
9  John S. Poulos
   Nevada Bar No. 15085
10 6385 South Rainbow Blvd., Suite 600        *Attorneys for Defendant*
   Las Vegas, NV 89118                        *BANCO SANTANDER, S.A.*
11 Tel. 702.893.3383

12 *Attorneys for Plaintiffs*                 WEIL & DRAGE, APC
   *CMB INFRASTRUCTURE GROUP IX, LP;*
13 *CMB INFRASTRUCTURE GROUP XI, LP;*               /s/ *Jeremy R. Kilber*
   *and CMB EXPORT, LLC*                      Geoffrey Crisp, Esq.
14                                            Jeremy R. Kilber, Esq.
                                              861 Coronado Center Drive, Suite 231
15                                            Henderson, Nevada 89052
                                              Telephone: (702) 314-1905
16                                            gcrisp@weildrage.com
                                              jkilber@weildrage.com
17
                                              *Attorneys for Defendants*
18                                            *COBRA ENERGY INVESTMENT*
                                              *FINANCE, INC.; COBRA ENERGY*
19                                            *INVESTMENT, LLC; COBRA*
                                              *INDUSTRIAL SERVICES, INC.;*
20                                            *COBRA THERMOSOLAR PLANTS,*
                                              *INC.; COBRA INSTALACIONES Y*
21                                            *SERVICIOS, S.A.; ACS SERVICIOS*
                                              *COMUNICACIONES Y ENERGIA, S.L*

22                                 **ORDER**

23         IT IS SO ORDERED.

24

25                                 DANIEL J. ALBREGTS
                                   UNITED STATES MAGISTRATE JUDGE
26
                                   DATED: February 16, 2021
27

28

                                   3

113575904.2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 12th day of February, 2021, I caused a true and accurate copy of the foregoing document entitled *Joint Stipulation and [Proposed] Order to Extend Time for Removing Defendants to Respond To First Amended Complaint* to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to all registered participants.

DATED this 12th day of February, 2021.

 /s/ *Jessie M. Helm*
Lewis Roca Rothgerber Christie LLP

4

113575904.2