JOHN S. POULOS
Nevada Bar No. 15085
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2020 W. El Camino Avenue, Suite 700
Sacramento, CA 95833
916.564.54000
FAX: 916.564.5444

JOHN S. POULOS
Nevada Bar No. 15085
John.Poulos@lewisbrisbois.com
ADAM J. PERNSTEINER
Nevada Bar No. 7862
Adam.Pernsteiner@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Plaintiffs CMB INFRASTRUCTURE INVESTMENT GROUP IX, LP, CMB INFRASTRUCTURE INVESTMENT GROUP XI, LP, and CMB EXPORT, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| CMB INFRASTRUCTURE GROUP IX, LP, a California limited partnership; CMB INFRASTRUCTURE GROUP XI, LP, a California limited partnership; CMB EXPORT, LLC, a Texas limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>COBRA ENERGY INVESTMENT FINANCE, INC., a Delaware corporation, COBRA ENERGY INVESTMENT, LLC, a Delaware corporation, COBRA INDUSTRIAL SERVICES, INC., a Delaware corporation, COBRA THERMOSOLAR PLANTS, INC, a Nevada corporation, COBRA INSTALACIONES Y SERVICIOS S.A., a Spanish corporation, ACS SERVICIOS COMUNICACIONES Y ENERGIA, S.L., a Spanish corporation, BANCO SANTANDER, | Case No. 2:21-CV-00214-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON MOTIONS TO DISMISS**<br><br>**[FIRST REQUEST]**<br><br>ECF No. 54 |

4841-8369-0730.2                                                                 1
STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTIONS TO DISMISS

| | |
|---|---|
| 1 | S.A., a Spanish Corporation, TONOPAH SOLAR ENERGY, LLC, a Delaware limited |
| 2 | liability company, and DOES 1 through 50, inclusive, |
| 3 | |
| 4 | Defendants. |

6     Plaintiffs CMB Infrastructure Investment Group IX, LP, CMB Infrastructure Investment Group XI, LP, and CMB Export, LLC (collectively, "Plaintiffs"), by and through their attorneys of record, and Defendants ACS Servicios Comunicaciones y Energia, S.A. ("ACS"), and Banco Santander, S.A. ("Santander," with ACS, the "Moving Defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

    Whereas, on February 9, 2021, Defendants Cobra Energy Investment Finance, LLC, Cobra Energy Investment, LLC, Cobra Industrial Services, Inc., Cobra Thermosolar Plants, Inc., Cobra Instalaciones y Servicios, S.A., ACS and Santander removed this action from the District Court of the State of Nevada, Clark County (*see* ECF Doc. No. 1);

    Whereas, on March 11, 2021, Plaintiffs filed a motion to remand this action to the District Court of the State of Nevada, Clark County for lack of subject matter jurisdiction (*see* ECF Doc. No. 17);

    Whereas, on May 17, 2021, Defendant Santander filed a motion to dismiss for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) and for failure to state a claim under Fed. R. Civ. P. 12(b)(6) (*see* ECF Doc. No.52);

    Whereas, also on May 17, 2021, Defendant ACS filed a motion to dismiss for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) (*see* ECF Doc. No.53);

    Whereas, to permit the parties ample time to fully and effectively brief the issues raised by the pending Motions to Dismiss;

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, Plaintiffs and Moving Defendants stipulate that:

1. Plaintiffs' oppositions to the Motions to Dismiss shall be filed and served no later than June 16, 2021;

2. The Moving Defendants shall file and serve their replies to their respective Motions to Dismiss no later than June 30, 2021.

This is the Parties' first request for an extension of time on these motions, and is made before the expiration of any deadline to oppose the Motions to Dismiss by the Plaintiffs. This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 26th day of May, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Adam J. Pernsteiner*
JOHN S. POULOS
Nevada Bar No. 15085
ADAM J. PERNSTEINER
Nevada Bar No. 7862
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833

Attorneys for Plaintiffs CMB INFRASTRUCTURE INVESTMENT GROUP IX, LP, CMB INFRASTRUCTURE INVESTMENT GROUP XI, LP, and CMB EXPORT, LLC

DATED this 26th day of May, 2021

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ *J. Christopher Jorgensen*
J Christopher Jorgensen
Nevada Bar No. 5382
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-599

Jayant W. Tambe (*pro hac vice admitted*)
Laura Washington Sawyer (*pro hac vice admitted*)
JONES DAY
250 Vesey Street
New York, NY 10281

*Attorneys for Defendant Banco Santander, S.A.*

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 28, 2021

4841-8369-0730.2

3

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTIONS TO DISMISS