J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lewisroca.com

Jayant W. Tambe (*pro hac vice*)
Laura Washington Sawyer (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3939
Email: jtambe@jonesday.com
　　　lwsawyer@jonesday.com

*Attorneys for Defendant Banco Santander, S.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CMB INFRASTRUCTURE GROUP IX, LP, a California limited partnership; CMB INFRASTRUCTURE GROUP XI, LP, a California limited partnership; CMB EXPORT, LLC, a Texas limited liability company,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>COBRA ENERGY INVESTMENT FINANCE, INC., a Delaware corporation, COBRA ENERGY INVESTMENT, LLC, a Delaware corporation, COBRA INDUSTRIAL SERVICES, INC., a Delaware corporation, COBRA THERMOSOLAR PLANTS, INC., a Nevada corporation, COBRA INSTALACIONES Y SERVICIOS S.A., a Spanish corporation, ACS SERVICIOS COMUNICACIONES Y ENERGIA, S.L., a Spanish corporation, BANCO SANTANDER, S.A., a Spanish Corporation, TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company, and DOES I through 50, inclusive,<br><br>　　　Defendants. | Case No. 2:21-cv-00214-JAD-DJA<br><br>**PLAINTIFFS AND DEFENDANT BANCO SANTANDER, S.A.'S** ~~PROPOSED~~ **STIPULATION RESULTING FROM THE NOVEMBER 15, 2021 COURT ORDER TO MEET AND CONFER** |

1    Plaintiffs CMB Infrastructure Investment Group IX, LP, CMB Infrastructure Investment Group XI, LP, and CMB Export, LLC (collectively, "Plaintiffs"), by and through their attorneys of record, and Defendant Banco Santander, S.A. ("Santander"), by and through its respective attorneys of record, hereby stipulate as follows:

1. On November 15, 2021, this Court issued an Order Denying Motion to Remand; Resolving Motions to Dismiss; Granting in Part and Denying as Moot in Part Request for Jurisdictional Discovery; Granting Motion to Compel Arbitration; and Staying Case (hereinafter, "November 15 Order") (ECF Doc. No. 70);

2. The November 15 Order granted Defendants' motion to compel arbitration and stayed the remainder of this case, except to permit limited jurisdictional discovery as to Santander;

3. The November 15 Order directed Plaintiffs and Santander to meet and confer on the length and scope of limited jurisdictional discovery as to Defendant Santander and file a proposed scheduling order within ten days of the November 15 Order;

4. Plaintiffs and Santander met and conferred regarding the length and scope of limited jurisdictional discovery as to Defendant Santander on November 22, 2021;

5. Plaintiffs and Santander have agreed to stay temporarily any limited jurisdictional discovery as to Defendant Santander;

6. Plaintiffs and Santander stipulate that:
   a. Jurisdictional discovery as to Santander shall be stayed for six months; and
   b. On or before May 24, 2022, Plaintiffs and Santander shall submit a proposed scheduling order governing limited jurisdictional discovery as to Defendant Santander.

This is the Parties' first request for a stay of limited jurisdictional discovery as to Defendant Santander, and is made before the expiration of any discovery schedule in this action. This

/ / /
/ / /
/ / /
/ / /

Stipulation is made in good faith and is not intended for purposes of delay.

Dated this 24th day of November, 2021.

| LEWIS BRISBOIS<br>BISGAARD & SMITH LLP | LEWIS ROCA<br>ROTHGERBER CHRISTIE LLP |
|---|---|
| /s/ John S. Poulos<br>John S. Poulos<br>Nevada Bar No. 154689<br>2020 W. El Camino Avenue, Suite 700<br>Sacramento, CA 95833<br>Tel. 916.564.5400<br><br>John S. Poulos<br>Nevada Bar No. 15085<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Tel. 702.893.3383<br><br>*Attorneys for Plaintiffs*<br>*CMB INFRASTRUCTURE GROUP IX, LP; CMB INFRASTRUCTURE GROUP XI, LP; and CMB EXPORT, LLC* | /s/ *J Christopher Jorgensen*<br>J Christopher Jorgensen<br>Nevada Bar No. 5382<br>Matthew R. Tsai<br>Nevada Bar No. 14290<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-599<br><br>*Attorneys for Defendant*<br>*BANCO SANTANDER, S.A.* |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 29, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2021, I caused a true and accurate copy of the foregoing document entitled **PLAINTIFFS AND DEFENDANT BANCO SANTANDER, S.A.'S PROPOSED STIPULATION RESULTING FROM THE NOVEMBER 15, 2021 COURT ORDER TO MEET AND CONFER** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to all interested parties.

       */s/ Jessie M. Helm*
An employee of Lewis Roca Rothgerber Christie LLP