D. Lee Roberts, Jr.
Nevada Bar No. 8877
Colby L. Balkenbush
Nevada Bar No. 13066
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Boulevard - Suite 400
Las Vegas, NV 89118
(702) 938-3809
lroberts@wwhgd.com
cbalkenbush@wwhgd.com

Philip D. Robben (*pro hac vice*)
James B. Saylor (*pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
probben@kelleydrye.com
jsaylor@kelleydrye.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CMB INFRASTRUCTURE GROUP IX, LP, a California limited partnership; CMB INFRASTRUCTURE GROUP XI, LP, a California limited partnership; CMB EXPORT, LLC, a Texas limited liability company,<br><br>Plaintiffs<br><br>vs.<br><br>COBRA ENERGY INVESTMENT FINANCE, INC., a Delaware corporation, COBRA ENERGY INVESTMENT, LLC, a Delaware corporation, COBRA INDUSTRIAL SERVICES, INC., a Delaware corporation, COBRA THERMOSOLAR PLANTS, INC., a Nevada corporation, COBRA INSTALACIONES Y SERVICIOS S.A., a Spanish corporation, ACS SERVICIOS COMUNICACIONES Y ENERGIA, S.L., a Spanish corporation, TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company, and DOES I through 50, inclusive,<br><br>Defendants | Case No. 2:21-cv-00214-CDS-DJA<br><br>**Order Granting STIPULATION MUTUALLY EXTENDING THE TIME FOR DEFENDANTS TO OPPOSE PLAINTIFFS' MOTION TO VACATE AND EXTENDING THE TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO VACATE**<br><br>**(First Request)**<br><br>[ECF No. 113] |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiffs CMB INFRASTRUCTURE GROUP IX, LP, CMB INFRASTRUCTURE GROUP XI, LP, and CMB EXPORT, LLC, ("Plaintiffs") and for COBRA ENERGY INVESTMENT FINANCE, INC., a Delaware corporation, COBRA ENERGY INVESTMENT, LLC, a Delaware corporation, COBRA INDUSTRIAL SERVICES, INC., a Delaware corporation, COBRA THERMOSOLAR PLANTS, INC., a Nevada corporation, COBRA INSTALACIONES Y SERVICIOS S.A., a Spanish corporation, ACS SERVICIOS COMUNICACIONES Y ENERGIA, S.L., a Spanish corporation, TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company, and DOES I through 50, inclusive, ("Defendants"), that counsels for Plaintiffs and Defendants have agreed to the following mutual extensions:

- the time for Defendants to oppose Plaintiffs' motion to vacate the arbitration award shall be extended through and including May 3, 2024,
- and the time for Plaintiffs to reply to Defendants' opposition to Plaintiffs' motion to vacate the arbitration award shall be extended through and including May 17, 2024.

Presently, Defendants have until April 25, 2024, to oppose Plaintiffs' motion to vacate the arbitration award, and Plaintiffs have until May 2, 2024, to reply to Defendants' opposition to Plaintiffs' motion to vacate the arbitration award.

The requested extension is made in order to provide limited additional time for the parties to adequately address arguments in the motion to vacate and forthcoming opposition, and to accommodate scheduling conflicts for Defendants' counsel. The requested extension is made in good faith and is not for purposes of delay. This is the first stipulation for extension of time relating to Defendants' Motion.

DATED: April 18, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Timothy J. Nally*
   John S. Poulos
   Nevada Bar No. 15085
   Timothy J. Nally
   admitted *pro hac vice*
   2020 West El Camino Avenue, Suite 700
   Sacramento, CA 95833
   (916) 564-5400

   *Attorneys for Plaintiffs*

| KELLEY DRYE & WARREN LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| Philip D. Robben (*pro hac vice*)<br>James B. Saylor (*pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br>Facsimile: (212) 808-7897<br>probben@kelleydrye.com<br>jsaylor@kelleydrye.com | By: */s/ Colby L. Balkenbush*<br>D. Lee Roberts, Jr.<br>Nevada Bar No. 8877<br>Colby L. Balkenbush<br>Nevada Bar No. 13066<br>6385 South Rainbow Boulevard<br>Suite 400<br>Las Vegas, NV 89118<br>(702) 938-3809<br>lroberts@wwhgd.com<br>cbalkenbush@wwhgd.com<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
United States District Judge

Dated: April 23, 2024

Order Granting STIPULATION MUTUALLY EXTENDING THE TIME FOR DEFENDANTS TO OPPOSE PLAINTIFFS' MOTION TO VACATE AND EXTENDING THE TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO VACATE