D. Lee Roberts, Jr.
Nevada Bar No. 8877
Colby Balkenbush
Nevada Bar No. 13066
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Boulevard - Suite 400
Las Vegas, NV 89118
(702) 938-3809
lroberts@wwhgd.com
cbalkenbush@wwhgd.com

Philip D. Robben (*pro hac vice*)
James B. Saylor (*pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
probben@kelleydrye.com
jsaylor@kelleydrye.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CMB INFRASTRUCTURE GROUP IX, LP, a California limited partnership; CMB INFRASTRUCTURE GROUP XI, LP, a California limited partnership; CMB EXPORT, LLC, a Texas limited liability company,<br><br>Plaintiffs<br><br>vs.<br><br>COBRA ENERGY INVESTMENT FINANCE, INC., a Delaware corporation, COBRA ENERGY INVESTMENT, LLC, a Delaware corporation, COBRA INDUSTRIAL SERVICES, INC., a Delaware corporation, COBRA THERMOSOLAR PLANTS, INC., a Nevada corporation, COBRA INSTALACIONES Y SERVICIOS S.A., a Spanish corporation, ACS SERVICIOS COMUNICACIONES Y ENERGIA, S.L., a Spanish corporation, TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company, and DOES I through 50, inclusive, to<br><br>Defendants | Case No. 2:21-cv-00214-CDS-DJA<br><br>**Order Approving STIPULATION TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO ENTER PARTIAL JUDGMENT**<br><br>**(First Request)**<br><br>[ECF No. 127] |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiffs CMB INFRASTRUCTURE GROUP IX, LP, CMB INFRASTRUCTURE GROUP XI, LP, and CMB EXPORT, LLC, ("Plaintiffs") and for COBRA ENERGY INVESTMENT FINANCE, INC., a Delaware corporation, COBRA ENERGY INVESTMENT, LLC, a Delaware corporation, COBRA INDUSTRIAL SERVICES, INC., a Delaware corporation, COBRA THERMOSOLAR PLANTS, INC., a Nevada corporation, COBRA INSTALACIONES Y SERVICIOS S.A., a Spanish corporation, ACS SERVICIOS COMUNICACIONES Y ENERGIA, S.L., a Spanish corporation, TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company, and DOES I through 50, inclusive, ("Defendants"), that counsels for Plaintiffs and Defendants have agreed to the following extension:

- the time for Defendants to file a reply to Plaintiffs' Response to Defendants' Motion to Enter Partial Judgment shall be extended through and including January 10, 2025.

Presently, Defendants have until December 27, 2024 to file a reply to Plaintiffs' Response to Defendants' Motion to Enter Partial Judgment.

The requested extension is made in order to accommodate scheduling conflicts for Defendants' counsel. The requested extension is made in good faith and is not for purposes of delay. This is the first stipulation for extension of time relating to Defendants' Motion.

DATED: December 24, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ John S. Poulos*

    John S. Poulos
    Nevada Bar No. 15085
    Timothy J. Nally
    admitted *pro hac vice*
    2020 West El Camino Avenue, Suite 700
    Sacramento, CA 95833
    (916) 564-5400

    *Counsel for Plaintiff*

| KELLEY DRYE & WARREN LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| Philip D. Robben (*pro hac vice*)<br>James B. Saylor (*pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br>Facsimile: (212) 808-7897<br>probben@kelleydrye.com<br>jsaylor@kelleydrye.com | By: *Colby L. Balkenbush*<br>D. Lee Roberts, Jr.<br>Nevada Bar No. 8877<br>Colby Balkenbush<br>Nevada Bar No. 13066<br>6385 South Rainbow Boulevard<br>Suite 400<br>Las Vegas, NV 89118<br>(702) 938-3809<br>lroberts@wwhgd.com<br>cbalkenbush@wwhgd.com<br><br>*Counsel for Defendants* |

The parties' stipulation [ECF No. 127] is approved nunc pro tunc to December 26, 2024. The deadline for defendants to reply to plaintiffs' response is extended through January 10, 2025.

United States District Judge

Dated:   January 2, 2025

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFFS'
RESPONSE TO DEFENDANTS' MOTION TO ENTER PARTIAL JUDGMENT