JOHN S. POULOS
Nevada Bar No. 15085
John.Poulos@lewisbrisbois.com
CAMI M. PERKINS
Nevada Bar No. 9149
Cami.Perkins@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

TIMOTHY J. NALLY (*pro hac vice*)
Timothy.Nally@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
2020 W. El Camino Avenue, Suite 700
Sacramento, CA 95833
Telephone: 916.564.54000
Facsimile: 916.564.5444

Attorneys for Plaintiffs CMB INFRASTRUCTURE GROUP IX, LP, CMB INFRASTRUCTURE GROUP XI, LP, and CMB EXPORT, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CMB INFRASTRUCTURE GROUP IX, LP, a California limited partnership; CMB INFRASTRUCTURE GROUP XI, LP, a California limited partnership; CMB EXPORT, LLC, a Texas limited liability company,<br><br>Plaintiffs<br><br>v.<br><br>COBRA ENERGY INVESTMENT FINANCE, INC., COBRA ENERGY INVESTMENT, LLC, COBRA INDUSTRIAL SERVICES, INC., COBRA THERMOSOLAR PLANTS, INC, COBRA INSTALACIONES Y SERVICIOS S.A., ACS SERVICIOS COMUNICACIONES Y ENERGIA, S.L., BANCO SANTANDER, S.A., TONOPAH SOLAR ENERGY, LLC,<br><br>Defendants | Case No. 2:21-CV-00214-~~JAD~~-DJA  CDS<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR ATTORNEY FEES (ECF DOC NO. 132)**<br><br>[ECF No. 134] |

Counsel is reminded that this matter was assigned to Judge Cristina D. Silva on April 13, 2022. ECF No. 76. All documents must bear the correct case number: 2:21-cv-00214-CDS-DJA. *Id.*

1  Plaintiffs CMB Infrastructure Investment Group IX, LP, CMB Infrastructure Investment
2  Group XI, LP, and CMB Export, LLC (collectively, "Plaintiffs"), by and through their attorneys of
3  record, and Defendants ACS Servicios Comunicaciones y Energia, S.A. ("ACS"), Tonopah Solar
4  Energy, LC, Cobra Energy Investment, LLC, Cobra Energy Investment Finance, Inc., Cobra
5  Industrial Services, Inc., Cobra Instalaciones y Servicios S.A., and Cobra Thermosolar Plants, Inc.
6  ("Defendants"), by and through their respective attorneys of record, hereby stipulate to extend the
7  briefing schedule on Defendants Motion for Attorney Fees (ECF Doc. No. 132), filed on July 1,
8  2025, as follows:

9  1.  Plaintiffs' oppositions to the Motions for Attorney Fees shall be filed and served no
10  later than July 31, 2025;

11  2.  The Defendants shall file and serve their reply to the Motion for Attorney Fees no
12  later than August 14, 2025.

13  This is the Parties' first request for an extension of time on Defendants' Motion for Attorney
14  Fees, and is made before the expiration of any deadline to oppose the Motion for Attorney Fees by
15  the Plaintiffs.  This Stipulation is made in good faith and is not intended for purposes of delay.



160021894.1

2

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR ATTORNEY FEES (ECF DOC NO. 132)

DATED this 14th day of July, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____/s/ Timothy J. Nally_____
JOHN S. POULOS
Nevada Bar No. 15085
TIMOTHY J. NALLY
*admitted pro hac vice*
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Tel. 916.564.5400

Attorneys for Plaintiffs

| KELLEY DRYE & WARREN LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| Philip D. Robben (*pro hac vice*)<br>James B. Saylor (*pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br>Facsimile: (212) 808-7897<br>probben@kelleydrye.com<br>jsaylor@kelleydrye.com | By: _____/s/_____<br>D. Lee Roberts, Jr.<br>Nevada Bar No. 8877<br>Colby Balkenbush<br>Nevada Bar No. 13066<br>6385 South Rainbow Boulevard Suite 400<br>Las Vegas, NV 89118<br>(702) 938-3809<br>lroberts@wwhgd.com<br>cbalkenbush@wwhgd.com |

*Counsel for Defendants*

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: July 21, 2025

160021894.1

3

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR ATTORNEY FEES (ECF DOC NO. 132)