UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CMB Infrastructure Group IX, LP et al., | Case No. 2:21-cv-00214-CDS-DJA |
| Plaintiffs | **Order Addressing Tonopah Solar Energy, LLC's Notice of Bankruptcy** |
| v. | |
| Cobra Energy Investment Finance, Inc., et al., | [ECF No. 142] |
| Defendants | |

Defendant Tonopah Solar Energy, LLC filed a notice of bankruptcy and automatic stay of proceedings, asserting that it commenced a voluntary chapter 11 case in the United States Bankruptcy Court for the District of Delaware. ECF No. 142. Tonopah Solar contends that, under 11 U.S.C. § 362(a)(1), its voluntary petition gives rise to an automatic stay of "all proceedings." *Id.* at 2.

Although "[t]he automatic stay is self-executing," Section 362(a)(1) provides that the filing of a bankruptcy petition operates as a stay of "the commencement or continuation . . . of a judicial . . . action or proceeding against the debtor." *In re Gruntz*, 202 F.3d 1074, 1081–82 (9th Cir. 2000) (en banc); 11 U.S.C. § 362(a)(1). The plain language of this provision indicates that the stay applies only to actions against the debtor. "As a general rule, the automatic stay protects *only* the debtor, property of the debtor or property of the estate." *Boucher v. Shaw*, 572 F.3d 1087, 1092 (9th Cir. 2009) (citations omitted); *see also In re Chugach Forest Prods.*, 23 F.3d 241, 246 (9th Cir. 1994) (the bankruptcy of one defendant does not normally stay proceedings as to non-debtor defendants absent unusual circumstances). If any party contends it is necessary to extend the automatic stay to the proceedings against the remaining defendants, that party must seek relief from the bankruptcy court. *Boucher*, 572 F.3d at 1093 n.3 (explaining that the

bankruptcy court, rather than the district court, "would first need to extend the automatic stay under its equity jurisdiction").

Accordingly, all further proceedings in this action against Tonopah Solar Energy, LLC only are stayed pending resolution of its bankruptcy proceedings. *See* 11 U.S.C. § 362(a)(1). Tonopah Solar is ordered to file a status report every 180 days regarding the status of the District of Delaware bankruptcy proceedings, with the first status report due on or before July 27, 2026.

Dated: January 26, 2026

_____
Cristina D. Silva
United States District Judge

2