D. Lee Roberts, Jr.
Nevada Bar No. 8877
Colby Balkenbush
Nevada Bar No. 13066
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Boulevard - Suite 400
Las Vegas, NV 89118
(702) 938-3809
lroberts@wwhgd.com
cbalkenbush@wwhgd.com

Philip D. Robben (*pro hac vice*)
James B. Saylor (*pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
probben@kelleydrye.com
jsaylor@kelleydrye.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CMB INFRASTRUCTURE GROUP IX, LP, a California limited partnership; CMB INFRASTRUCTURE GROUP XI, LP, a California limited partnership; CMB EXPORT, LLC, a Texas limited liability company,

Plaintiffs

v.

COBRA ENERGY INVESTMENT FINANCE, INC., a Delaware corporation, COBRA ENERGY INVESTMENT, LLC, a Delaware corporation, COBRA INDUSTRIAL SERVICES, INC., a Delaware corporation, COBRA THERMOSOLAR PLANTS, INC., a Nevada corporation, COBRA INSTALACIONES Y SERVICIOS S.A., a Spanish corporation, ACS SERVICIOS COMUNICACIONES Y ENERGIA, S.L., a Spanish corporation, TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company, and DOES I through 50, inclusive,

Defendants

Case No. 2:21-cv-00214-CDS-DJA

**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' RENEWED MOTION FOR ATTORNEYS' FEES AND MOTION FOR APPELLATE ATTORNEYS' FEES (ECF NO. 148)**

[ECF No. 150]

Defendants ACS Servicios Comunicaciones y Energia, S.A. ("ACS"), Tonopah Solar Energy, LLC, Cobra Energy Investment, LLC, Cobra Energy Investment Finance, Inc., Cobra Industrial Services, Inc., Cobra Instalaciones y Servicios S.A., and Cobra Thermosolar Plants, Inc. (collectively, "Defendants"), by and through their respective attorneys of record, and Plaintiffs CMB Infrastructure Investment Group IX, LP, CMB Infrastructure Investment Group XI, LP, and CMB Export, LLC (collectively, "Plaintiffs"), by and through their attorneys of record, hereby stipulate to extend the briefing schedule on Defendants' Renewed Motion for Attorneys' Fees and Motion for Appellate Attorneys' Fees (ECF No. 148), filed on November 6, 2026, as follows:

1. Plaintiffs' opposition to the Renewed Motion for Attorneys' Fees and Motion for Appellate Attorneys' Fees shall be filed and served no later than December 18, 2026;
2. The Defendants shall file and serve their reply to the Renewed Motion for Attorneys' Fees and Motion for Appellate Attorneys' Fees no later than January 11, 2027.

This is the Parties' first request for an extension of time on Defendants' Renewed Motion for Attorneys' Fees and Motion for Appellate Attorneys' Fees, and is made before the expiration of any deadline to oppose the Renewed Motion for Attorneys' Fees and Motion for Appellate Attorneys' Fees by the Plaintiffs. This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 18th day of November, 2026

KELLEY DRYE & WARREN LLP

Philip D. Robben (*pro hac vice*)
James B. Saylor (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Facsimile: (212) 808-7897
probben@kelleydrye.com
jsaylor@kelleydrye.com

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: *__/s/ Colby L. Balkenbush__*
D. Lee Roberts, Jr.
Nevada Bar No. 8877
Colby Balkenbush
Nevada Bar No. 13066
6385 South Rainbow Boulevard, Suite 400
Las Vegas, NV 89118
Tel.: (702) 938-3809
lroberts@wwhgd.com
cbalkenbush@wwhgd.com

*Attorneys for Defendants*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *______/s/ John S. Poulos______*
JOHN S. POULOS
Nevada Bar No. 15085
TIMOTHY J. NALLY (*pro hac vice*)
2020 West El Camino Avenue, Suite 700
Sacramento, CA 95833
Tel.: (916) 564-5400
john.poulos@lewisbrisbois.com
timothy.nally@lewisbrisbois.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

______________________________
United States District Judge

Dated: November 24, 2026